James Kronopolos, Defendant in Error, v. P. O'Byrne, Plaintiff in Error.

Gen. No. 23,034.    (Not to be reported in full.)

Error to the Superior Court of Cook county; the Hon. JOSEPH B. DAVID, Judge, presiding. Heard in this court at the March term, 1917. Reversed and remanded with directions. Opinion filed July 2, 1917.

### Statement of the Case.

Action by James Kronopolos, plaintiff, against P. O'Byrne, defendant. To reverse a judgment for plaintiff for $1,700, defendant prosecutes this writ of error.

LOUIS A. HEILE, for plaintiff in error; C. E. HECKLER, of counsel.

JOSEPH E. WINTERBOTHAM, for defendant in error.

MR. PRESIDING JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

1. PLEADING, § 466*—*when declaration is sufficient to support judgment.* While many inferences are indulged after verdict, in determining whether a declaration states a good cause of action, if it does not from its context, with all legal intendments in its favor, state a cause of action, it will be insufficient to support a judgment.

2. APPEAL AND ERROR, § 1184*—*what is reviewable.* The question whether or not a declaration states a good cause of action is reviewable.

3. APPEAL AND ERROR, § 1802*—*when judgment reversed with directions to permit defendant to demur or plead to declaration.* Where a declaration is so defective that it cannot be determined from any averment of fact contained in it whether it is a declaration in tort or in assumpsit or is a criminal indictment and no fact averred nor all of the facts averred constitute a cause of action, a judgment for plaintiff will be reversed with directions, to permit defendant to demur or plead if he shall so move.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.